# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joovv Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Mito Red Light Incorporated,<br><br>        Defendant. | NO. CV-23-01084-PHX-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Stipulation of Dismissal, this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Debra D. Lucas
District Court Executive/Clerk of Court

January 10, 2025

By    s/ K. James
      Deputy Clerk